UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CARONA,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | Case No.:   23-cv-997-CAB-BLM<br><br>**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 18]** |

On April 16, 2024, Plaintiff filed an *Ex Parte* Motion to Continue Pretrial and Expert Disclosure Dates and All Other Dates Relative to the New Pretrial Date.  ECF No. 13.  Defendant United States of America opposed the Motion.  ECF No. 14.

On April 18, 2024, the Court issued an Order Granting In Part *Ex Parte* Motion to Continue the Pretrial and Expert Disclosure Dates and All Other Dates in the Scheduling Order.  ECF No. 18.  The Court continued the Mandatory Settlement Conference ("MSC") to July 10, 2024 at 9:30 a.m.  Id.

On July 9, 2024, Plaintiff filed an *Ex Parte* Motion to Continue Mandatory Settlement Conference.  ECF No. 18.  Plaintiff seeks to continue the July 10, 2024 MSC to September 11, 2024.  Id. at 1.  In support, Plaintiff states that:

>Plaintiff underwent left shoulder surgery by Dr. Sidney Levine on June 19, 2024. Plaintiff's employer, National Steel and Shipbuilding Company ("NASSCO") will be paying for that surgery under the Longshore and Harbor Workers' Compensation Act. NASSCO is self-insured and self-adjusting under the Act. They also have an irreducible lien in the third party action. On July 3, 2024, NASSCO sent counsel for plaintiff a printout of medical bills paid by NASSCO which shows payments made by NASSCO through June 14, 2024. This means that NASSCO has not yet paid for the shoulder surgery and plaintiff does not know the global cost of the surgery. Without this information plaintiff cannot settle the case.

Id. at 1-2.  Plaintiff notes that "Plaintiff's counsel has communicated with Kyle Fralick and Mr. Fralick does not object to this ex parte motion." Id. at 2.

Good cause appearing, Plaintiff's motion is **GRANTED** as follows:

1. The MSC currently scheduled for July 11, 2024 is **CONTINUED** to **September 11, 2024** at **9:30 a.m.**

2. On or before **August 30, 2024**, the parties must submit confidential settlement statements no more than ten (10) pages in length to Judge Major's Chambers at efile_major@casd.uscourts.gov.

3. On or before **August 30, 2024**, the parties must submit the name and title of each participant, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation; an e-mail address for each participant to receive the Zoom video conference invitation; and a telephone number where each participant may be reached to Judge Major's Chambers at efile_major@casd.uscourts.gov.

All other deadlines and requirements remain as previously set. See ECF No. 9.

**IT IS SO ORDERED.**

Dated:  7/9/2024

Hon. Barbara L. Major
United States Magistrate Judge